UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joy Ellen Post,

    Plaintiff,

v.                                   Civil Action 2:15–cv–2110
                                     Judge Michael H. Watson
                                     Magistrate Judge Kemp

Commissioner of Social Security,

    Defendant.

### ORDER

This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and supplemental security income. On May 3, 2016, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that the action be dismissed. Report and Recommendation, ECF No. 20. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

Accordingly, the Report and Recommendation, ECF No. 20, is **ADOPTED**. The decision of the Commissioner is **AFFIRMED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT